The People of the State of New York, Respondent, v. John H. Gelhardt, Jr., Appellant.— Judgment of conviction affirmed. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York, on Complaint of Theresa Soriano, Respondent, v. Joseph Soriano, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York ex rel. Homer L. Bretsch, Appellant, v. The Board of Education of the City of New York and Others, Appellants, Impleaded with William H. Maxwell, as City Superintendent of Schools of the City of New York and as a Member of the Board of Examiners of the Department of Education of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements, in the exercise of discretion. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Anthony Quinn, Respondent, v. Matthew J. Cahill, Appellant.— Judgment and order of the County Court of Richmond county affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Stapleton, JJ., concurred; Hirschberg, J., not voting.

Daniel C. Sands, Plaintiff, v. Thomas Gilleran and Millett Realty Company, Appellants, Impleaded with Woodson R. Oglesby, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

John Turco, an Infant, by Donato Turco, His Guardian ad Litem, Respondent, v. Atlantic Macaroni Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Emily Ward, Appellant, v. Ambrose C. Montross and Frank Hardy, Copartners, etc., Respondents, and Others, Defendants.—Judgment modified by providing that defendants be restrained and enjoined from operating a roller coaster maintained by them upon premises under their control at Rye Beach, in the village and town of Rye, after the hour of seven o'clock P. M.; and as so modified affirmed, without costs of this appeal. No opinion. Burr, Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., voted to affirm the judgment, with costs.

Isaac Zeichner, Appellant, v. Isaac Katz and Others, Copartners, Doing Business under the Firm Name and Style of Hamilton Pipe Works, Respondents.—Judgment reversed and new trial granted, costs to abide the event, on the ground that the complaint stated a good cause of action. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.